**Writ of Mandamus is DISMISSED; Opinion Filed September 13, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01098-CV

### IN RE BEAZER HOMES TEXAS, L.P., Relator

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-12-07002A

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

Before the Court is relator's motion to withdraw petition for writ of mandamus. According to relator, the parties have resolved the dispute and "the relief sought from this Court is no longer necessary." The Court **GRANTS** the motion. Accordingly, we **DISMISS** relator's petition for writ of mandamus.

/Lana Myers/
LANA MYERS
JUSTICE

131098F.P05